United States District Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JUAN ZARATE MALDONADO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-09337** |
| | § | |
| **MARKWAYNE MULLIN, TODD BLANCHE, DAVID VENTURELLA, GABRIEL MARTINEZ and RANDY TATE,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER OF DISMISSAL**

Counsel for the Petitioner has filed a Notice of Voluntary Dismissal, dismissing the action without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Dkt. No. 3).

A petitioner may voluntarily dismiss an action without court order by filing a notice of dismissal before service of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i); *see also* Rules 1 and 12, Rules Governing Section 2254 Cases (explaining that the Federal Rules of Civil Procedure may be applied to § 2241 cases). The habeas petition remains subject to judicial screening under the habeas rules and the Court has not yet requested an answer from the respondent. Although a notice of dismissal under Rule 41(a)(1)(A)(i) is "immediately self-effectuating," *Qureshi v. United States*, 600 F.3d 523, 525 (5th Cir. 2010), the Court nonetheless enters this Order for purposes of clear record maintenance.

This action is **DISMISSED** without prejudice. The Clerk shall provide a copy of this Order to the parties.

It is **SO ORDERED**.

Signed on November 3, 2026.

Drew B Tipton

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**